**Order entered August 27, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00681-CV

**FRITZ MANAGEMENT, LLC, Appellant**

**V.**

**HUGE AMERICAN REAL ESTATE, INC., Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-00657-D**

## ORDER
Before Justices Fillmore, Myers, and Evans

Appellant's motion for rehearing is **DENIED**.

/s/     LANA MYERS
JUSTICE